EUGENE I. GAREY v. PEREZ F. HUFF CO., INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal

and appellant's points to be filed on or before April 1, 1930. Present — Dowling, P. J., Merrell, McAvoy and O'Malley, JJ.